# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:22-cr-00078 |
| ) | Judge Eli Richardson |
| ROBIN SMITH ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

This is an unopposed motion to continue Defendant Robin Smith's sentencing hearing, currently scheduled for June 9, 2025, at 1:00 p.m. The plea agreement [D.E. 15] contemplated that Defendant would cooperate with the government in this and related cases. Ms. Smith testified for three days and appeared for a fourth during the trial in *United States v. Casada, et al.*, Case No. 3:22-cr-00282 (Judge Richardson), which began on April 22, 2025, and concluded on May 16, 2025. The sentencings for Defendants Glen Casada and Cade Cothren in Case No. 3:22-cr-00282 have each been scheduled to take place on September 12, 2025. In anticipation that Ms. Smith may cooperate additionally, and in order for the Court to have a full picture of the extent of her cooperation and her role in the conduct of the three co-conspirators, Ms. Smith requests that the Court continue her sentencing hearing to a one-hour time slot on a date between two and four weeks after the date of Defendants Casada and Cothren's respective sentencing hearings.

Counsel for the government has advised that it does not object to the filing of this motion or the relief sought herein.

Respectfully submitted,

**HOLLAND & KNIGHT, LLP**

/s/*Wells Trompeter*
L. Wells Trompeter, TN BPR #030380
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
615-850-8759
wells.trompeter@hklaw.com

W. David Bridgers, TN BPR #016603
Waddey Acheson
1030 16th Avenue S
Suite 300
Nashville, Tennessee 37212
629-395-1361
david@waddeyacheson.com

Benjamin M. Rose, TN BPR #021254
RoseFirm, PLLC
PO Box 1108
Brentwood, Tennessee 37024
(615) 942-8295
ben@rosefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, I served counsel for the government by filing the Unopposed Motion to Continue Sentencing Hearing with the Clerk of the Court using the CM/ECF system.

/s/*Wells Trompeter*
L. Wells Trompeter