UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-CR-00078 |
| ) | Judge Richardson |
| ROBIN SMITH, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF SATISFACTION AND RELEASE OF JUDGMENT

The United States hereby notifies the Court that the Consent Order of Forfeiture consisting of a $28,263.26 United States currency Money Judgment as to Defendant Robin Smith (ECF No. 33), has been satisfied in full pursuant to a Cashier's Check delivered to the United States Marshals Service on September 12, 2025.

As a result, said Money Judgment is released and discharged.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney for the
Middle District of Tennessee

 s/ Stephanie N. Toussaint
STEPHANIE N. TOUSSAINT
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: stephanie.toussaint@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2025, a copy of the foregoing *Notice of Satisfaction and Release of Judgment* was filed electronically, thus sending notice to all counsel of record via email by operation of the Court's electronic filing system.

 s/ Stephanie N. Toussaint
STEPHANIE N. TOUSSAINT