# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00078

UNITED STATES OF AMERICA

V.

Judge: Eli Richardson

Hearing Date: 10/24/2025

ROBIN SMITH

Location: ☑ Nashville  ☐ Columbia  ☐ Cookeville

Court Reporter: Gary Schneider

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillips

Defense Attorney(s): William Bridgers, Wells Trompeter and Benjamin Rose

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☑
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Sentencing hearing held - Defendant sentenced to 8 months' incarceration, 1 year supervised release, and $100 special assessment. Defendant is to self-report to the designated Bureau of Prisons facility by 2:00 p.m., on January 5, 2026. Judgment to enter.

Total Time in Court: 2 Hours and 40 Minutes

Clerk of Court
by: Julie Jackson