UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-CR-00078 |
| ) | Judge Richardson |
| ROBIN SMITH, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' MOTION TO AMEND JUDGMENT

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(B) and 36, the United States of America moves this Court to amend the Judgment as to Defendant Robin Smith to include the Court's Order of Forfeiture. As grounds, the United States submits:

This Court entered an Order of Forfeiture consisting of a $28,263.26 Money Judgment as to Count One on July 28, 2025 ("Order of Forfeiture") pursuant to 18 U.S.C. § 981(a)(1)(C) by 28 U.S.C. § 2461(c). (ECF No. 33.) The Defendant paid the forfeiture money judgment in full prior to sentencing. (ECF No. 35: Notice of Satisfaction and Release of Judgment.)

On October 29, 2025, this Court entered its Judgment as to the Defendant, but the forfeiture order was not referenced in the written Judgment. (ECF No. 43.) Rule 32.2(b)(4)(B) requires that the forfeiture must be included in the Judgment:

> The court must include the forfeiture when orally announcing the sentence or must otherwise ensure that the defendant knows of the forfeiture at sentencing. The court must also include the forfeiture order, directly or by reference, in the judgment....

Fed. R. Crim. P. 32.2(b)(4)(B).

Rule 36 of the Federal Rules of Criminal Procedure provides that "After giving any notice

it considers appropriate, the court may at any time . . . correct an error in the record arising from oversight or omission."

Issuance of an amended judgment reflecting that a forfeiture money judgment was ordered as part of the Defendant's criminal sentence allows the U.S. Department of Justice to process the $28,263.26 payment.

Therefore, because the Order of Forfeiture was intended by the parties and previously ordered by this Court, the United States requests that the Order of Forfeiture be included in an Amended Judgment as to the Defendant pursuant to Fed. R. Crim. P. 36. The United States further requests the Amended Judgment further state that the $28,263.26 forfeiture money judgment has been paid in full.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney for the
Middle District of Tennessee

By: /s/ Taylor J. Phillips
TAYLOR J. PHILLIPS
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151