UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:22-cr-00078 |
| ) | JUDGE RICHARDSON |
| ROBIN SMITH ) | |

## ORDER

The "United States' Motion to Amend Judgment" (Docket Entry Number 45) is **DENIED** because the Court cannot fathom why the language at the bottom of page 7 of docket entry 43 does not 100% account for all of the concerns expressed in the motion and because it is based on the false premise that "the forfeiture was not referenced in the written judgment."

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE