UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. 3:22-cr-00078 |
| | ) | Judge Eli Richardson |
| ROBIN SMITH | ) | |

## <u>MOTION FOR RECONSIDERATION</u>

Defendant Robin Smith moves the Court for reconsideration of the sentence the Court imposed on October 24, 2025 (D.E. # 42) and the Judgment reflecting that sentence that was entered on October 29, 2025 (D.E. #43).  In support of the Motion, Ms. Smith would show that Glenn Casada (No. 3:22-cr-00282) and Cade Cothren (No. 3:22-cr-00282-2) were recently pardoned by the President of the United States and that Ms. Smith should be resentenced to a term of probation and have the fine reduced to $0 in order to mitigate the manifest injustice that will result from Ms. Smith being the only one of the three conspirators to face criminal sanctions.  The grounds for the Motion are set forth more fully in the accompanying Memorandum of Law.

Respectfully submitted,


*s/ W. David Bridgers*
W. David Bridgers (TN BPR # 016603)
WADDEY ACHESON
1030 16th Avenue S
Nashville, TN 37212
Telephone: (629) 395-1361
david@waddeyacheson.com

L. Wells Trompeter (TN BPR #030380)
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6804
wells.trompeter@hklaw.com

Ben M. Rose (TN BPR # 021254)
ROSEFIRM, PLLC
Post Office Box 1108
Brentwood, TN 37024
Telephone: (615) 942-8295
ben@rosefirm.com

*Attorneys for Defendant Robin Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I served counsel for the government by filing

this Motion for Reconsideration with the Clerk of the Court using the CM/ECF system.


*s/ W. David Bridgers*
W. David Bridgers