

**U.S. Department of Justice**

United States Marshals Service

*Attn: Katrina Burch, Inv. Analyst*
*719 Church Street, Suite 2500*
*Nashville, TN 37203*

November 21, 2025

Robin Smith
USMS #: 89639-509
Case No. 3:2022-cr-00078

RE: NOTICE OF DESIGNATION

Ms. Smith,

    This letter is to advise you that the Bureau of Prisons has designated you **FPC ALDERSON, GLEN RAY RD. BOX A, ALDERSON, WV 24910** to serve the sentence ordered by the United States District Court, Middle District of Tennessee.

    You are to report to **FPC ALDERSON**, no later than **2:00 PM, Monday, January 5, 2026**. You may find information regarding your designation facility at **www.bop.gov/locations**.

    If you are unable to surrender to the designated facility listed above, you are to surrender to your local U.S. Marshals office by 12:00 pm local time. Please be advised that failure to report for the service of your sentence as ordered by the court could result in an additional charge.

    Please feel free to call our office should you need any further assistance. Our office number is (615) 750-1434.

Denny W. King
U. S. Marshal

Katrina Burch
Investigative Analyst