**ORDER**
The Motion (Doc. No. 51) is GRANTED.
IT IS SO ORDERED.

*Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-00078 |
| | ) | Judge Richardson |
| ROBIN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

The United States of America respectfully moves for an extension of time to respond to Defendant's Motion for Reconsideration, (D.E. #48), until December 5, 2025. Local Criminal Rule 12.01 does not set a time for responses to motions, but fourteen-day response times are common practice. *Cf.* L.Civ.R. 7.01(a)(3). In light of the upcoming Thanksgiving holiday, the government requests that it be granted until December 5, 2025 to respond to the Motion for Reconsideration.

Defendant will not be prejudiced by this delay, and counsel for Defendant does not oppose the relief requested in this motion.

Respectfully submitted,

ROBERT E. MCGUIRE
First Assistant United States
Attorney for the Middle District of
Tennessee

*/s/ Taylor Phillips*
Taylor Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: Taylor.Phillips@usdoj.gov