UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-CR-00078 |
| ) | Judge Richardson |
| ROBIN SMITH, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION

The United States of America, by and through undersigned counsel and Robert E. McGuire, the First Assistant United States Attorney for the Middle District of Tennessee, respectfully submits this response to Defendant's Motion for Reconsideration (D.E. #48.).

After Defendant's sentencing, the President pardoned her co-conspirators, Glen Casada and Cade Cothren. *See United States v. Casada*, 3:22-cr-282, D.E. #495, 496 (M.D. Tenn.). The undersigned has not identified another federal case in which a testifying conspirator reported to prison after an equally culpable conspirator was pardoned. Accordingly, in these narrow circumstances, the government believes that the appropriate sentence for Defendant is one year of probation with no special conditions and no fine.

The government notes that the Sixth Circuit has expressed disfavor for motions to reconsider judgments. *See United States v. Dotz*, 455 F.3d 644, 648 (6th Cir. 2006) ("In the sentencing context, there is simply no such thing as a 'motion to reconsider' an otherwise final sentence, and [*United States v. Ibarra*, 502 U.S. 1 (1991)] does not hold to the contrary."); *compare with United States v. Warren*, 22 F.4th 917, 924 (10th Cir. 2022) ("[M]otions for reconsideration can be filed under § 3582 in this circuit.").

Respectfully submitted,

ROBERT E. MCGUIRE
First Assistant United States Attorney for the
Middle District of Tennessee


*/s/ Taylor Phillips*
Taylor Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: Taylor.Phillips@usdoj.gov