UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-CR-00078 |
| ) | Judge Richardson |
| ROBIN SMITH, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States respectfully requests leave to file a motion under seal pursuant to Administrative Order No. 167-1. The government respectfully submits that the bases for sealing are apparent from the face of the motion.

Respectfully submitted,

ROBERT E. MCGUIRE
First Assistant United States Attorney for the
Middle District of Tennessee

*/s/ Taylor Phillips*
Taylor Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: Taylor.Phillips@usdoj.gov