# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00078 |
| | ) | Judge Eli Richardson |
| ROBIN SMITH. | ) | |

## UNOPPOSED MOTION TO EXTEND ROBIN SMITH'S REPORT DATE

Comes now, the Defendant Robin Smith ("Ms. Smith"), and moves this Court to extend her report date to federal prison from the current date of January 5, 2026, by at least thirty (30) days. As support, Ms. Smith states as follows:

Following the pardoning of Ms. Smith's co-conspirators by the President, Ms. Smith filed a Motion for Reconsideration on November 19, 2025. (D.E. Nos. 48, 49.) The government filed its response to that motion (D.E. No. 53), and it made an additional filing under seal on December 5, 2025. (D.E. Nos. 53, 57.) Ms. Smith filed a Reply, noting that in the event this Court had not ruled on these outstanding motions by a date near her current report date, she might seek a formal extension. (D.E. No. 58.) The government did not oppose this request. (*Id*.)

Ms. Smith makes this formal extension request now, based upon the upcoming Christmas and New Year's holidays, the fact that this Court has not yet ruled on the outstanding motions, and because this Court's rulings may result in a modification of her sentence, if Ms. Smith is not pardoned beforehand. Ms. Smith's understanding is that the government also does not oppose this formal extension request.

WHEREFORE, PREMISES CONSIDERED, the Unopposed Motion to Extend Robin Smith's Report Date should be granted.

Respectfully submitted,

s/Ben M. Rose
Ben M. Rose (21254)
RoseFirm, PLLC
Post Office Box 1108
Brentwood, Tennessee 37024
615-942-8295
ben@rosefirm.com


s/ W. David Bridgers
W. David Bridgers (TN BPR # 016603)
WADDEY ACHESON
1030 16th Avenue S
Nashville, TN 37212
Telephone: (629) 395-1361
david@waddeyacheson.com

Attorneys for Robin Smith

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, I served counsel for the United States by filing this Reply using the CM/ECF system.

s/Ben M. Rose
Ben M. Rose

2